THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIYAM AKMAL,

                Plaintiff,

            v.

TRANSPORTATION SECURITY
ADMINISTRATION, *et al.*,

                Defendants.

No. C12-1499-RSL

**STIPULATION AND AGREED ORDER OF DISMISSAL AS TO COUNT NINE: FREEDOM OF INFORMATION & PRIVACY ACT REQUEST**

Mariyam Akmal, Plaintiff *Pro Se*, and the undersigned attorney for Defendants, hereby stipulate and agree that because the Transportation Security Administration ("TSA") has released all non-exempt information responsive to Plaintiff's request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, the Court should Dismiss Court Nine: Freedom of Information and Privacy Act request.

Respectfully submitted on this 15th day of April, 2013.

//

//

STIPULATION AND ORDER
OF DISMISSAL AS TO COUNT NINE:
FOIA and PRIVACY ACT REQUEST- 1
C12-1499-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101-1271
(206) 553-7970

**SO STIPULATED**

DATED: April 15, 2013.

JENNY A. DURKAN
United States Attorney
Western District of Washington

*s/Peter Winn*
PETER A. WINN
Assistant U.S. Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4985
Facsimile: (206) 553-4073
Email: peter.winn@usdoj.gov

*Attorney for Defendants*

**SO STIPULATED**

DATED: April 15, 2013.

*s/Mariyam Akmal*
MARIYAM AKMAL
23551 58th Avenue South # Z304
Kent, Washington  98034
Telephone: (253) 202-4810
Email: Makmal@aegisitsolutions.Com

*Plaintiff pro se*

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this 23rd day of April 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER
OF DISMISSAL AS TO COUNT NINE:
FOIA and PRIVACY ACT REQUEST- 2
C12-1499-RSL