UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIYAM AKMAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　Defendants. | Case No.  C12-1499RSL<br><br>ORDER DENYING MOTION TO STAY AND GRANTING ADDITIONAL TIME TO COMPLETE EARLY DISCOVERY |

This matter comes before the Court on Plaintiff's "Motion to Stay Proceedings" (Dkt. # 54). Plaintiff seeks to stay the above-captioned case pending the resolution of her motion to compel, which she has not yet filed, or until the TSA complies with the subpoenas recently served on it. Having considered Plaintiff's motion and the remaining record, the Court DENIES Plaintiff's motion (Dkt. # 54). The Court declines to stay the case, but will provide Plaintiff additional time to comply with the Court's September 4, 2013, Order due to any delay caused by the government shutdown.

Thus, Plaintiff is ORDERED to file an amended complaint identifying by name the individual defendants and setting forth her specific <u>Bivens</u> claims against each particular defendant or a motion to compel production based on receipt of written objections under Rule 45(c)(2)(B) within 45 days from the date of this Order. If Plaintiff fails to file an amended complaint identifying all of the individual defendants or a motion to compel within the time proscribed, Plaintiff's claims against the

ORDER DENYING MOTION TO STAY
AND GRANTING ADDITIONAL TIME - 1

1  individual defendants will be dismissed for failure to prosecute.  The Clerk is directed to
2  place this Order on the Court's calendar for December 6, 2013.
3        DATED this 21st day of October, 2013.

                                  */s/ Robert S. Lasnik*
                              Robert S. Lasnik
                              United States District Judge

ORDER DENYING MOTION TO STAY
AND GRANTING ADDITIONAL TIME - 2